UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GREGORY KRUSZKA, On Behalf of Himself and )
All Others Similarly Situated, )
)
)
Plaintiff, )
)
v. )  CIVIL ACTION
)  NO. 04-10202-NG
BIOPURE CORPORATION, THOMAS A. )
MOORE, CARL W. RAUSCH and )
RONALD F. RICHARDS, )
)
Defendants. )
)

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), notice is hereby given of the appearance of Robert A. Buhlman and Eunice E. Lee of the law firm of Bingham McCutchen LLP, 150 Federal Street, Boston, Massachusetts, 02110, (617) 951-8000, as counsel for Defendants Biopure Corporation, Thomas A. Moore, Carl W. Rausch and Ronald F. Richards in the above-captioned matter.

Respectfully submitted,

Robert A. Buhlman, BBO #554393
Eunice E. Lee, BBO #639856
**BINGHAM McCUTCHEN LLP**
150 Federal Street
Boston, MA 02110
(617) 951-8000

Dated: February 6, 2004

LITDOCS:536454.1

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by regular mail on February 6, 2004.

_____
Eunice E. Lee