## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**POMERANTZ HAUDEK BLOCK**
**GROSSMAN & GROSS LLP**
Stanley M. Grossman
Marc I. Gross
100 Park Avenue
New York, NY 10017
Telephone: (212) 661-1100



**WECHSLER HARWOOD LLP**
Robert I. Harwood (RH-3286)
Samuel K. Rosen (SR-3287)
Jeffrey M. Norton (JN-4827)
488 Madison Avenue
New York, New York 10022
Tel.: (212) 935-7400

*Proposed Lead Counsel for Plaintiffs and the Class*

```
--------------------------------------------------------x
CAROLYN GREENE, on behalf of herself        :
and all others similarly situated,          :
                                            :
                         Plaintiff,         :
                                            :
            -against-                       :
                                            :   Civil Action No.03-CV-12628-NG
BIOPURE CORPORATION,                        :
THOMAS A. MOORE, CARL W. RAUSCH,            :
and RONALD F. RICHARDS,                     :
                                            :
                                            :
                         Defendants.        :
--------------------------------------------------------x
```

*[Additional captions on following page]*

<u>DECLARATION OF MARC I. GROSS</u>
<u>IN SUPPORT OF MEMORANDUM OF LAW</u>
<u>IN SUPPORT OF PLAINTIFFS MOTION FOR CONSOLIDATION,</u>
<u>APPOINTMENT AS LEAD PLAINTIFF, AND FOR APPROVAL OF LEAD COUNSEL</u>

```
------------------------------------------------------------x
JOHN G. ESPOSITO, on behalf of himself         :
and all others similarly situated,              :
                                                :
                                                :
                                                :
                                    Plaintiff,  :
                                                :
                    -against-                   :
                                                :   Civil Action No.04-CV-10013-NG
BIOPURE CORPORATION,                            :
THOMAS A. MOORE, CARL W. RAUSCH,                :
and RONALD F. RICHARDS,                         :
                                                :
                                                :
                                    Defendants. :
------------------------------------------------------------x


------------------------------------------------------------x
JAMES J. NIZZO, VIRGINIA C. NIZZO, and         :
CARLO CILIBERTI, on behalf of themselves        :
and all others similarly situated,              :
                                                :
                                                :
                                    Plaintiff,  :
                                                :
                    -against-                   :
                                                :   Civil Action No.04-CV-10065-NG
BIOPURE CORPORATION,                            :
THOMAS A. MOORE, CARL W. RAUSCH,                :
and RONALD F. RICHARDS,                         :
                                                :
                                                :
                                    Defendants. :
------------------------------------------------------------x
```

```
----------------------------------------------------------------X
BARRY BROOKS, on behalf of himself          :
and all others similarly situated,          :
                                            :
                                            :
                              Plaintiff,    :
                                            :
                                            :
                   -against-                :
                                            :    Civil Action No.04-CV-10077-NG
                                            :
BIOPURE CORPORATION,                        :
THOMAS A. MOORE, CARL W. RAUSCH,            :
and RONALD F. RICHARDS,                     :
                                            :
                                            :
                                            :
                          Defendants.       :
----------------------------------------------------------------X


----------------------------------------------------------------X
ANASTASIOS PERLEGIS, on behalf of himself   :
and all others similarly situated,          :
                                            :
                                            :
                                            :
                              Plaintiff,    :
                                            :
                                            :
                   -against-                :    Civil Action No.04-CV-10078-NG
                                            :
BIOPURE CORPORATION,                        :
THOMAS A. MOORE, CARL W. RAUSCH,            :
and RONALD F. RICHARDS,                     :
                                            :
                                            :
                                            :
                          Defendants.       :
----------------------------------------------------------------X
```

```
-------------------------------------------------------X
MARTIN WEBER, on behalf of himself        :
and all others similarly situated,        :
                                          :
                                          :
                            Plaintiff,    :
                                          :
              -against-                   :
                                          :        Civil Action No.04-CV-10090-NG
BIOPURE CORPORATION,                      :
THOMAS A. MOORE, CARL W. RAUSCH,          :
and RONALD F. RICHARDS,                   :
                                          :
                                          :
                            Defendants.   :
-------------------------------------------------------X


-------------------------------------------------------X
MODEL PARTNERS LIMITED, on behalf of      :
themselves and all others similarly situated, :
                                          :
                                          :
                            Plaintiff,    :
                                          :
              -against-                   :
                                          :        Civil Action No.04-CV-10155-NG
BIOPURE CORPORATION,                      :
THOMAS A. MOORE, CARL W. RAUSCH,          :
and RONALD F. RICHARDS,                   :
                                          :
                                          :
                            Defendants.   :
-------------------------------------------------------X
```

```
-----------------------------------------------------------------x
GREGORY KRUSZKA, on behalf of himself      :
and all others similarly situated,         :
                                           :
                                           :
                                           :
                             Plaintiff,    :
                                           :
            -against-                      :
                                           :      Civil Action No.04-CV-10202-NG
                                           :
BIOPURE CORPORATION,                       :
THOMAS A. MOORE, CARL W. RAUSCH,           :
and RONALD F. RICHARDS,                    :
                                           :
                                           :
                                           :
                             Defendants.   :
-----------------------------------------------------------------x
```

<u>DECLARATION OF MARC I. GROSS IN SUPPORT OF</u>
<u>MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS MOTION</u>
<u>FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF</u>
<u>AND FOR APPROVAL OF LEAD COUNSEL</u>

I, Marc I. Gross, hereby declare that:

1.    I am a member of Pomerantz Haudek Block Grossman & Gross LLP. I submit
this Declaration in support of the motion for appointment of Selina and Alexander
Chao as Lead Plaintiffs.

2.    Submitted herewith are the following exhibits:

       **EXHIBIT A:** Certificate detailing Selina and Alexander Chao's
                  transactions in Biopure common stock.

       **EXHIBIT B:** Chart identifying Selina and Alexander Chao's transactions
                  in Biopure's common stock during this period.

       **EXHIBIT C:** Cauley Geller Bowman & Rudman LLP's December 30,
                  2003 press release announcing a securities class action
                  lawsuit has been filed against Biopure Corporation, et al.

       **EXHIBIT D:** Firm Biography of Pomerantz Haudek Block Grossman &
                  Gross LLP.

       **EXHIBIT E:** Firm Biography of Wechsler Harwood LLP.

February 27, 2004

Marc I. Gross